**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Santos Guillermo CASTILLO, Defendant–Appellant.**

**No. 15–40972 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 20, 2016.

Ernest Gonzalez, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Louis Charles Van Cleef, Van Cleef Law Office, Longview, TX, for Defendant–Appellant.

Santos Guillermo Castillo, White Deer, PA, pro se.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Santos Guillermo Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Castillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Castillo's motion to appeal pro se, which he filed only after his attorney filed an *Anders* brief, is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).